# Exhibit B

September 30, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will baseball <game> have <above/below/between/exactly/at least> <count> runs in <time period>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies the Commission that it is self-certifying the "Will baseball <game> have <above/below/between/exactly/at least> <count> runs in <time period>?" contract (Contract). The Exchange intends to list the contract on a `custom ▾` basis. The Contract's terms and conditions (Appendix A) includes the following strike conditions:

- **<game>**
- **<above/below/between/exactly/at least>**
- **<count>**
- **<time period>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

**KalshiEX LLC**
**Official Product Name: "Will baseball <game> have <above/below/between/exactly/at least> <count> runs in <time period>?"**
**Rulebook: BASEBALLTOTALS**
**Summary: Team baseball stat totals in game period**
**Kalshi Contract Category: Sports**
**Kalshi Internal Category: Sports**
**September 30, 2025**

## CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

### I. Introduction

The "Will baseball <game> have <above/below/between/exactly/at least> <count> runs in <time period>?" Contract is a contract relating to Sports.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices C, D, and E.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.12 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.6 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access

the Underlying are non-binding and are provided for convenience only and are not part of the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

**CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2**

Based on the above analysis, the Exchange certifies that:

- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: September 30, 2025

**Attachments:**

Appendix A - Contract Terms and Conditions

Appendix B (Confidential) - Trading Prohibitions

Appendix C (Confidential) - Further Considerations

Appendix D (Confidential) - Source Agency

Appendix E (Confidential) - Compliance with Core Principles

## APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will baseball <game> have <above/below/between/exactly/at least> <count> runs in <time period>?"**
**Rulebook: BASEBALLTOTALS**

# BASEBALLTOTALS

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the number of runs scored during <time period> of <game>. Statistics from both teams are combined. Statistics recorded during regulation time and overtime periods shall count toward the Underlying, unless <time period> specifies otherwise. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agency is the league governing <game>.

**Type:** The type of Contract is an Event Contract.

**Issuance:** The Contract is based on the outcome of a recurrent data release. Thus, Contract iterations will be issued on a recurring basis, and future Contract iterations will generally correspond to games throughout the season.

**<game>:** <game> refers to the combined performance of both teams in a game, as specified by the Exchange.

**<count>:** <count> refers to a numerical threshold specified by the Exchange. May include whole numbers or half-numbers (e.g., 47.5) or 0.

**<time period>:** <time period> refers to a specific portion of the game specified by the Exchange, which may include (but is not limited to): full game (including overtime if played), first inning, overtime period only, or specific time ranges. If not specified, "full game" is assumed. Overtime counts for all markets unless stated otherwise.

**<above/below/between/exactly/at least>:** <above/below/between/exactly/at least> refers to the comparison operator that determines how the actual value is evaluated against <count>. - "above X" means greater than X (value > X) - "below X" means less than X (value < X) - "between X and Y" means greater than or equal to X and less than or equal to Y ($X \leq value \leq Y$) - "exactly X" means equal to X (value = X) - "at least X" means greater than or equal to X (value $\geq$ X)

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values where <game> records <above/below/between/exactly/at least> <count> runs during <time period> of <game>.

**For the purposes of this Contract:**

**Run Counting Rules**

- All runs scored during regulation innings and extra innings count toward the total unless <time period> specifies otherwise
- Runs scored via home runs, hits, walks, errors, balks, wild pitches, passed balls, and all other scoring plays count equally
- Forfeited games use the official 9-0 forfeit score for settlement

**Extra Innings Rules**

- All runs scored in extra innings count toward the total
- Games using runner-on-second extra inning rules count all runs regardless of how runners reach base
- There is no maximum number of extra innings for totals purposes

**Game Completion Rules**

- If <game> is suspended or postponed and not resumed within 48 hours of the original scheduled start time, all Contracts settle to the last fair market price prior to suspension unless the outcome has been unequivocally determined
- If <game> is called/terminated after 9 innings have been completed (8.5 innings if the home team is leading), the Contract settles based on the total runs scored up to termination
- If <game> is called/terminated before 9 innings are completed (8.5 if home team leading), all Contracts settle to the last fair market price unless the outcome was already unequivocally determined
- For 7-inning doubleheaders, the minimum requirement is 7 innings (6.5 if home team leading)

**Statistical Corrections**

- Settlements are based on official statistics at game's end
- Scoring changes made by official scorers during the game are incorporated
- Post-game statistical corrections after Expiration do not affect settlement

**Mercy Rule Applications**

- If mercy rule ends the game after minimum innings are met, settlement uses actual runs scored
- College baseball mercy rules (10+ runs after 7 innings) settle based on score when rule is invoked

**Venue Changes**

- If venue changes but game is played, all Contracts remain valid

- If game moves from outdoor to indoor stadium (or vice versa), Contracts remain valid
- Neutral site games follow standard rules

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the same as the Expiration Date. The Last Trading Time will be the same as the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be the fifteenth day following <game>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 6.3(d) of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 6.3(b) in the Rulebook.

# APPENDIX B – TRADING PROHIBITIONS

In addition to the general prohibition against trading on material nonpublic information, the Exchange will institute additional prohibitions for trading the contract. Persons under 18 years of age are not permitted to create Kalshi accounts. The following individuals will be prohibited from trading:

- Current and former players, coaches, and staff of Major League Baseball and National Collegiate Athletic Association Baseball
    - For college leagues/associations specifically, or where otherwise appropriate (as identified by the Exchange), this applies to current and former players/coaches/staff of the specific teams in <game> rather than the league/association as a whole (e.g., if the Division I Gonzaga Men's Team is playing in <game>, this prohibition will restrict trades by current/former players of that team, rather than all current/former players/coaches/staff in any NCAA sport);
- Paid employees of the league and league participants;
- Ultimate beneficial owners of teams and the league; and
- household members and immediate family of all above.

December 15, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing
of the "Will <entity> record <stat> in <time period> of <hockey game>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the
Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies
the Commission that it is self-certifying the "Will <entity> record <stat> in <time period> of <hockey
game>?" contract (Contract). The Contract will initially be listed after close-of-business on **December
16, 2025**; it is listed as the day after because of limitations of the Commission's online submission portal.
The Exchange intends to list the contract on a  custom ▾  basis. The Contract's terms and conditions
(Appendix A) includes the following strike conditions:

- **<date>**
- **<entity>**
- **<stat>**
- **<time period>**
- **<hockey game>**
- **<game>**
- **<above/below/exactly/at least/between>**
- **<player>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile

Head of Markets
KalshiEX LLC
xsottile@kalshi.com

KalshiEX LLC
Official Product Name: "Will <entity> record <stat> in <time period> of <hockey game>?"
Rulebook: HOCKEYWHOSTAT
Summary: Player recording specific stat in game period
Kalshi Contract Category:  Sports
Kalshi Internal Category:  Sports
December 15, 2025

**CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER**

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

## I. Introduction

The "Will <entity> record <stat> in <time period> of <hockey game>?" Contract is a contract relating to Sports.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.16 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.13 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access the Underlying are non-binding and are provided for convenience only and are not part of

the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

**CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2**

Based on the above analysis, the Exchange certifies that:

- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

By: Xavier Sottile
Title: Head of Markets
Date: December 15, 2025

**<u>Attachments:</u>**
Appendix A - Contract Terms and Conditions
Appendix B (Confidential) - Further Considerations
Appendix C (Confidential) - Source Agency
Appendix D (Confidential) - Compliance with Core Principles

## APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will &lt;entity&gt; record &lt;stat&gt; in &lt;time period&gt; of &lt;hockey game&gt;?"**
**Rulebook: HOCKEYWHOSTAT**

# HOCKEYWHOSTAT

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the official <stat> credited to <entity> during <time period> of the <hockey game>, as published in the league's official box score and/or play-by-play (e.g., NHL). For team-specific markets, only statistics credited to the specified team count; for game-total markets, statistics credited to both teams are aggregated. Only events occurring in regulation and any overtime periods are included unless <time period> specifies otherwise; shootout attempts and results do not count toward goals, assists, points, shots, saves, plus/minus, or team totals unless expressly stated. Empty-net situations and delayed-penalty sequences count if recorded as such in the official record. Goaltender decisions (win/loss/OTL) and goalie-of-record determinations follow the league's final official scoring. Revisions to the official record made after Expiration will not be considered when determining the Expiration Value.

**Source Agency:** The Source Agencies are, in hierarchical order, the league governing <game>, ESPN, Fox Sports, and the official broadcaster of <hockey game>.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<entity>**: <entity> refers to either a hockey team or a hockey player officially entered in a <hockey game> as recognized by the governing body of the competition (e.g., NHL, NCAA, IIHF) and specified by the Exchange. If <entity> is a team, it is defined by the franchise, school, or national side name as listed on the official schedule, and shall be tracked through official name changes. If <entity> is a player, it is defined by the athlete's full name as listed on the official roster of the governing body or team, with the full name governing where two or more players share the same surname. <entity> may also be referred to in the singular or plural, as any team or group of teams, or any player or group of players, identified with AND/OR logic, within a set of hockey games, teams, players or players within teams (including within or representative of the whole season or tournament participants), or by distinguishing characteristics, and may also take the forms "Any" or "None."

**<above/below/exactly/at least/between>:** <above/below/exactly/at least/between> refers to comparison operators. "Above" means greater than (>), "below" means less than (<), "exactly" means equal to (=), "at least" means greater than or equal to (≥), and "between" means within an inclusive range (≥ lower bound and ≤ upper bound).

**\<stat>:** \<stat> refers to an official hockey statistic as recorded in the league's box score and/or play-by-play for the relevant competition (e.g., NHL, NCAA, IIHF). It may include, but is not limited to: goals, assists, points, shots on goal, hits, blocked shots, penalty minutes, plus/minus, faceoff wins, time on ice, power-play goals/points, short-handed goals/points, game-winning goals, empty-net goals, goaltender saves, goals-against, save percentage, shutouts, and goaltender decisions (win/loss/OTL). When \<stat> is specified in the singular (e.g., "assists"), it denotes the count of that statistic; when multiple statistics are joined by AND/OR, "AND" refers to the cumulative numerical total across the listed statistics, and "OR" refers to the highest single count among them unless otherwise stated. \<stat> may also denote an ordered event (e.g., first goal, last goal, first save, last penalty assessed), in which case it refers to the first/last occurrence as recorded in the official play-by-play, including overtime unless otherwise specified (note: shootout attempts and results do not count toward goals/assists/points). Where permitted, \<stat> may take the forms "Any" or "None", and may also take on numerical values to further augment or define the statistic in question.

**\<time period>:** \<time period> refers to a segment of \<hockey game> or the tournament at which \<hockey game> is played specified by the Exchange. \<time period> may take, but is not limited to the following forms:
- Entire game, which refers to the time period encapsulating regulation time and overtime
- Entire game excluding overtime (i.e. regulation time only game), which to regulation time with no overtime
- Overtime or penalties only
- A period or subsegment of the game specified in the singular or in the plural when used with AND/OR operators (e.g. first period and second period, first period or third period)
- Any period cross the entire game or a subset of the game, which may be satisfied if at least one of the aforementioned segments of the game meets the stated Payout Criterion
- Each period across the entire game, or each subset of the game, which may be satisfied if ALL of the aforementioned segments of the game meets the stated Payout Criterion
- A given time period denoted in hours and/or minutes and/or seconds of matchplay, or constrained by a given time in a stated timezone (e.g. prior to 7PM ET)
- A given segment or subsection of a competition, or the competition in its entirety

\<time period> may also take the forms of any segment in a set range, refer in the singular or the multiple, by distinguishing characteristics (e.g. any hockey game involving a team from New York), "Any" or "None". Where not specified otherwise, \<time period> shall be understood to refer to the sum of regulation time and overtime.

**\<hockey game>:** \<hockey game> refers to an officially scheduled contest between two teams as recognized by the National Hockey League (NHL) or the governing body of the relevant competition (e.g., IIHF, NCAA) specified by the Exchange. \<hockey game> may be defined by

the names of the teams involved, by the date of the game, by the stage of the season (e.g., regular season, playoffs, finals), as any hockey game within a set of hockey games (including within or representative of the whole season or tournament), or by distinguishing characteristics. <hockey game> may also take the forms "Any" or "None".

**<date>**: <date> refers to a calendar date specified by the Exchange. The Exchange may list iterations of the Contract corresponding to variations of <date>.

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that <stat> has been recorded by <entity> in <time period> of <hockey game>.

Additional clarification(s):
- Statistics are considered final at the conclusion of <hockey game>. Corrections made afterwards will not affect the value of the Contract.
- If <time period> is specified in the Contract Title (e.g., "First to 2 goals in Period 1"), then <stat> must be achieved in that segment only; <stat> recorded outside of <time period> do not count.

Additional clarification(s):
- If <hockey game> is cancelled prior to scheduled commencement, all markets on <hockey game> will resolve to the last fair price as determined by the Exchange in its sole discretion.
- If <hockey game> is cancelled or abandoned after the start of the game and before 55 minutes of play have elapsed, and does not re-commence within 24 hours, all markets except for final game score (which will resolve if the game reaches 55 minutes of gameplay) and markets for which the full encapsulating <time period>s have already elapsed or those for which certain strikes have been unconditionally satisfied, will resolve to the last fair price as determined by the Exchange in its sole discretion.
- If <hockey game> is delayed for two weeks or less, all markets on <hockey game> will remain open.
- If <hockey game> is delayed for more than two weeks, all markets on <hockey game> will resolve to the last fair price as determined by the Exchange in its sole discretion.
- If a given <entity> withdraws prior to the commencement of <hockey game>, the markets on <entity> performance in <hockey game> will resolve to the last fair price as determined by the Exchange in its sole discretion.
- If a given <entity> retires or is injured during <hockey game>, the markets on <entity> will settle based on the end-of-game statistics if <entity> has/have played for at least one (1) second.

- If a given <entity> is disqualified following <hockey game>, the markets on <entity> will settle based on the end-of-game statistics if <entity> have played for at least one (1) second.
- If data for the results of <hockey game> is delayed or unavailable, the Exchange may wait 24-hours for it to become available. If, after 24 hours, the data remains unavailable, all markets on <hockey game> that cannot be settled due to missing data will resolve to the last fair price as determined by the Exchange in its sole discretion.
- If there is a change to the format of <hockey game> that materially affects markets on <hockey game>, the affected markets may be resolved to the last fair price as determined by the Exchange in its sole discretion.
- If a season is truncated mid-season, all markets deemed to be affected (e.g. total points over a season) by the Exchange may resolve to the last fair price as determined by the Exchange in its sole discretion.
- If there is a dead-heat or multiple winners, the tiebreak or title-sharing provisions imposed by the League will govern resolution, with otherwise mutually-exclusive markets involving co-winners resolving "Yes" for each <entity> or <player> at a Payout of ($1/(number of tied winners)) rounded down, and "No" at ($1- "Yes" Payout), rounded down.

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the same as the Expiration Date. The Last Trading Time will be the same as the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be the fifteenth day following <hockey game>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 7.1 of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 7.1 in the Rulebook.

December 15, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing
of the "Will <competitor> win <bout> by <method> in <time period>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies the Commission that it is self-certifying the "Will <competitor> win <bout> by <method> in <time period>?" contract (Contract). The Contract will initially be listed after close-of-business on **December 16, 2025**; it is listed as the day after because of limitations of the Commission's online submission portal. The Exchange intends to list the contract on a   custom ▾   basis. The Contract's terms and conditions (Appendix A) includes the following strike conditions:

- **<date>**
- **<competitor>**
- **<bout>**
- **<method>**
- **<time period>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

**KalshiEX LLC**
**Official Product Name: "Will <competitor> win <bout> by <method> in <time period>?"**
**Rulebook: FIGHTMETHODOFVICTORY**
**Summary: Outcome of specific bout win method/timing**
**Kalshi Contract Category:  Sports**
**Kalshi Internal Category:  Sports**
**December 15, 2025**

### CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

### I.    Introduction

The "Will <competitor> win <bout> by <method> in <time period>?" Contract is a contract relating to Sports.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**<u>General Contract Terms and Conditions:</u>** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.16 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.13 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access the Underlying are non-binding and are provided for convenience only and are not part of

the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

**CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2**

Based on the above analysis, the Exchange certifies that:

- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: December 15, 2025

**Attachments:**

Appendix A - Contract Terms and Conditions

Appendix B (Confidential) - Further Considerations

Appendix C (Confidential) - Source Agency

Appendix D (Confidential) - Compliance with Core Principles

## APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will \<competitor\> win \<bout\> by \<method\> in \<time period\>?"**
**Rulebook: FIGHTMETHODOFVICTORY**

# FIGHTMETHODOFVICTORY

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the outcome and method of victory for <competitor> in <bout> during <time period>. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agencies are, in hierarchical order, the official sanctioning body of <bout> (e.g., UFC, WBC, WBA, IBF, WBO, Top Rank Boxing), the official broadcast partner of the event, ESPN, Sherdog, MMAFighting.com, MMAjunkie, BoxRec, The Ring Magazine, CompuBox, the Associated Press, Reuters, Yahoo Sports, CBS Sports, Fox Sports, and BBC Sport.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<competitor>:** <competitor> refers to an individual athlete, fighter, or team competing in <bout> as designated by the Exchange. This includes:
- A specific named individual with their legal name or widely recognized professional/ring name
- Multiple individuals using AND logic (all must win by the specified method) or OR logic (any one suffices)
- Individuals identified by their position or ranking if unambiguous (e.g., "The reigning UFC Heavyweight Champion as of January 1, 2026")

The identity shall remain consistent throughout. If a competitor changes their ring name or legal name during the contract period, the same individual continues to be tracked. <competitor> may also take the value "Any" or "None," or refer to a competitor by distinguishing characteristics (e.g., "the underdog," "the challenger").

**<bout>:** <bout> refers to a specific scheduled combat sports match or fight as designated by the Exchange. <bout> is defined by:
- The two competitors facing each other (e.g., "Fighter A vs. Fighter B")
- The event at which the bout takes place (e.g., "UFC 300," "Canelo vs. Bivol II")
- The scheduled date or date range of the bout
- The division, weight class, or championship status if relevant (e.g., "the UFC Heavyweight Championship bout")

- <bout> may refer to a singular specific bout, multiple bouts using OR logic (any one satisfies the criterion), any element in a set of bouts defined by characteristics (e.g., "any bout on the UFC 300 main card"), or may take the values "Any" or "None."
- If <bout> is postponed or rescheduled, the Contract tracks the rescheduled bout provided it occurs within seven days of the originally scheduled time, unless otherwise specified by the Exchange.

**<method>:** <method> refers to the specific manner of victory as specified by the Exchange. Valid methods include, but are not limited to:

- Knockout (KO): Victory by knockout where the opponent is unable to continue due to strikes and is not attempting to intelligently defend themselves
- Technical Knockout (TKO): Stoppage by the referee, ringside physician, or corner due to the opponent's inability to safely continue, including referee stoppage and corner stoppage
- Submission: Victory by the opponent verbally submitting or tapping out in response to a submission hold
- Disqualification (DQ): Victory awarded when the opponent is disqualified for rule violations
- Decision: Victory by judges' scorecards after the completion of all scheduled rounds, including:
- Unanimous Decision (all judges score for the winner)
- Split Decision (majority of judges score for the winner with at least one dissenting scorecard)
- Majority Decision (majority of judges score for the winner, with one judge scoring a draw)
- Technical Decision: Victory by judges' scorecards when the bout is stopped due to accidental injury after a minimum number of rounds have been completed (as defined by the sanctioning body)
- No Contest: The bout is declared a no contest by the officiating body
- Draw: The bout results in a draw by judges' scorecards
- Any method: Victory by any of the above methods, excluding Draw

<method> may specify:
- A singular method (e.g., "KO")
- Multiple methods using OR logic (e.g., "KO or TKO")
- Methods within a category (e.g., "stoppage" encompassing KO, TKO, submission, and DQ; "finish" meaning any victory except decision)
- Distinguishing characteristics (e.g., "strikes," "grappling")
- The values "Any" or "None"

**\<time period\>:** \<time period\> refers to the temporal scope during which the victory must occur, as specified by the Exchange. This may be defined by:

- A specific round or rounds (e.g., "in Round 3," "in Rounds 1-5," "before Round 6," "after Round 3")
- The entire scheduled duration of \<bout\> (e.g., "during the bout," "at any time")
- A specific date or date range (e.g., "on March 15, 2026," "between March 1-31, 2026")
- An event window (e.g., "at UFC 300")
- Relative timing within \<bout\> (e.g., "in the first half," "in the championship rounds")

"Between" is inclusive of both endpoints. "Before" and "after" exclude the specified boundary unless stated otherwise. \<time period\> may also refer to "Any," "None," or to multiple non-consecutive periods.

When \<time period\> refers to specific rounds, the victory must occur during or at the conclusion of the specified round(s) to satisfy the Payout Criterion. When \<time period\> refers to the entire bout without round specification, any round satisfies the criterion. Where a timezone is not specified, \<time period\> may be assumed to be denoted in ET.

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that \<competitor\> wins \<bout\> by \<method\> in \<time period\> (or if \<method\> is 'Draw' or 'No Contest', the official result of \<bout\> is \<method\>).

General Bout Rules:

- \<bout\> must take place as scheduled or be rescheduled to be within seven days of the originally scheduled date for the Contract to remain active. If \<bout\> is cancelled entirely or postponed beyond seven days, all strikes shall resolve to the last fair price determined in the sole discretion of the Exchange.
- If \<competitor\> is replaced by a substitute fighter before the opening bell of \<bout\>, the Contract will resolve to the last fair price determined at the sole discretion of the Exchange.
- If \<bout\> begins but is declared a No Contest by the officiating body, all strikes specifying a victory method will resolve "No." Strikes where \<method\> is "No Contest" will resolve "Yes."
- If \<bout\> results in a Draw, all strikes specifying a victory method for \<competitor\> will resolve "No." Strikes where \<method\> is "Draw" will resolve "Yes."
- The official result as recorded by the Source Agency at the conclusion of \<bout\> determines settlement. Post-fight changes to the result (due to appeals, overturned

decisions, failed drug tests, etc.) occurring after the Expiration Date will not affect settlement.

Competitor Identity Rules:

- If <competitor> specifies multiple individuals with AND logic, all specified individuals must win their respective instances of <bout> (or the same <bout> if it is a team competition) by <method> in <time period> for the Contract to resolve "Yes."
- If <competitor> specifies multiple individuals with OR logic, any one of the specified individuals winning <bout> by <method> in <time period> satisfies the Payout Criterion.
- If <competitor> is identified by a title or position (e.g., "the champion"), the individual holding that title or position at the time <bout> is scheduled determines <competitor>.

Bout Identity Rules:

- If <bout> specifies multiple fights with OR logic, <competitor> winning any one of those fights by <method> in <time period> satisfies the Payout Criterion.
- If <bout> is defined by characteristics rather than specific opponents (e.g., "any UFC 300 main card bout"), the Contract resolves "Yes" if <competitor> wins any bout meeting those characteristics by <method> in <time period>.
- Championship bout status: If <bout> is specified as a championship bout and the bout is changed to a non-championship bout (or vice versa), the Contract remains active provided the competitors remain the same.

Method-Specific Rules:

Knockout (KO):
- A KO requires the opponent to be unable to continue and not intelligently defending themselves, as determined by the referee
- The opponent must be counted out or the bout must be waved off without a count due to the severity of the knockout
- Flash knockdowns that do not result in the bout being stopped do not constitute a KO victory

Technical Knockout (TKO):

A TKO includes:
- Referee stoppages due to unanswered strikes or an opponent not intelligently defending themselves
- Corner stoppages (corner throwing in the towel or verbally retiring their fighter)

- Doctor stoppages due to cuts, injuries, or inability to continue

For Contracts where <method> is "KO or TKO" or "stoppage due to strikes," either KO or TKO satisfies the criterion

If the official result distinguishes between KO and TKO, that official distinction determines settlement for Contracts specifying one or the other specifically

Submission:

- A submission victory requires the opponent to tap out (physically tap the mat, their opponent, or themselves) or verbally submit in response to a submission hold
- Technical submissions (where the referee stops <bout> due to a submission hold rendering the opponent unconscious or injured without a tap) count as submission victories
- Verbal submissions due to strikes (sometimes called "TKO by submission to strikes") are classified as TKO, not submission, unless the official result specifically records it as a submission

Decision:

- A Decision requires <bout> to be completed through all scheduled rounds with no stoppage
- All decision types (Unanimous, Split, Majority) satisfy strikes specifying "Decision" as <method> unless a more specific decision type is specified
- The official judges' scorecards as recorded by the sanctioning body determine the decision type
- If <method> specifies "Unanimous Decision," only a decision where all judges score for <competitor> satisfies the criterion
- For the purposes of this market, a win by points includes unanimous decision, technical decision, majority decision and split decision

Technical Decision:

- A Technical Decision applies when <bout> is stopped due to an accidental foul or injury after a minimum number of completed rounds (typically 4 rounds in a 12-round championship bout, or as specified by the sanctioning body)
- The winner is determined by judges' scorecards at the time of stoppage

- If insufficient rounds have been completed, the bout is typically ruled a No Contest rather than a Technical Decision

No Contest:

- \<bout\> may be ruled a No Contest due to accidental fouls before sufficient rounds are completed, both fighters being unable to continue, or other circumstances as determined by the officiating body
- When \<method\> is "No Contest," the Contract resolves "Yes" only if the official result is No Contest

Draw:

- A Draw occurs when judges' scorecards result in an equal score (Unanimous Draw, Majority Draw, or Split Draw)
- When \<method\> is "Draw," neither competitor "wins," and the Contract resolves "Yes" if the official result is a Draw (of any kind)

**Time Period-Specific Rules:**

Round-Specific Timing:

- When \<time period\> specifies a round or rounds, the victory must be officially recorded as occurring in that round
- A victory occurring "in Round 3" means \<bout\> ends during Round 3, before the bell signaling the end of Round 3
- A victory occurring "between rounds" (e.g., corner stoppage or retirement between rounds) is attributed to the round that just concluded. For example, if a corner stops the fight after Round 2 ends but before Round 3 begins, this counts as a Round 2 victory
- For "before Round X" specifications, the victory must occur in any round prior to Round X (Round X itself does not satisfy the criterion)
- For "after Round X" specifications, the victory must occur in Round X+1 or later
- For "in Rounds X-Y" specifications, the victory must occur in any round from X through Y inclusive

Decision Timing:

- If \<time period\> specifies specific rounds and \<method\> is "Decision," the Contract resolves "No" unless \<time period\> encompasses the final scheduled round or specifies "at any time" / "during the bout"

**Full Bout Duration:**
- When <time period> is specified as "during the bout," "at any time," or encompasses all scheduled rounds, any victory by <method> at any point in <bout> satisfies the criterion
- When <time period> is omitted from the Contract question, it is presumed to mean "during the bout" (i.e., at any time)

**Overturned and Amended Results:**

- The official result as recorded by the Source Agency at the conclusion of <bout> determines the Expiration Value
- If the official result is overturned, amended, or changed after the Expiration Date due to appeals, failed drug tests, retroactive disqualifications, or other post-bout determinations, the settlement will not be revised

**Missing or Ambiguous Data:**

- If no official result is available from the primary Source Agency by the Expiration Date, the Exchange will use the next available Source Agency in hierarchical order
- If <bout> does not occur within the acceptable scheduling window and no result can be determined, all strikes specifying a victory resolve to the last fair price specified in the sole discretion of the Exchange
- If there is ambiguity in the official method of victory (e.g., conflicting reports between sources), the Exchange will defer to the highest-ranked Source Agency in the hierarchy

**Additional clarification(s):**
- If <competitor> or their opponent is injured after the official weigh-in but before the opening bell, and <bout> is cancelled, the Contract resolves to the last fair price determined in the sole discretion of the Exchange.
- If a replacement opponent is secured and <bout> proceeds with the replacement, the Contract shall resolve to last fair price as determined by the Exchange, and a new non-fungible market/Contract shall be created for the new event.
- If <competitor> or their opponent misses weight but <bout> proceeds, the Contract remains active
- If missing weight causes <bout> to be cancelled, the Contract shall resolve to the last fair price as determined in the sole discretion of the Exchange.
- If a bout is changed from a title fight to a non-title fight due to weight issues, the Contract remains active as long as the competitors remain the same
- If <bout> is stopped in Round 1 before any meaningful action due to injury, and is ruled a No Contest, all victory method strikes resolve "No"

- The determination of whether sufficient action occurred for a Technical Decision vs. No Contest is made by the officiating body

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the Expiration Date. The Last Trading Time will be the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be one week after the final day of <time period>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 7.1 of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 7.1 in the Rulebook.



**Kalshi Help Center**

📋 Copy ⌄

# Combos

## What are combos?

Combos allow users to trade custom combinations of events. Each combo is a unique market with its own dedicated order book. Combos resolve to the product of the value of each individual position.

## Creating a Combo

You can create combos directly in the UI using the combo builder. Access it either from the page of any eligible event or from the live tab by selecting the sports category and then the combo builder. Combos are typically available closer to the start of an event.



> ⓘ  Combos are currently limited to professional football, professional basketball, and mention markets with potential future rollouts.

## Quoting and Liquidity (RFQ System)

Combos are submitted through a Request For Quote (RFQ) system to establish price and liquidity. More info on RFQs can be found [here ↗](#).

- RFQ Process: When a combo is requested, a "Request For Quote" is sent out to the market. Other market participants can then respond with a quote to take the other side of the position (act as the counterparty).

- Democratized Quoting: Anyone can listen for and respond to RFQs through the API, meaning there is no exclusivity for quoting.

- Live Quotes: Quotes are generated live, which can sometimes lead to brief delays while waiting for the quote to be returned. The RFQ system helps solve the liquidity issue by connecting traders with those willing to quote.

## Outcome Determination

If one of the underlying positions in a combo is voided (e.g., a player is required to play but does not), the combo will resolve to the product of each of the underlying positions.

> Recalculation: The entire combo is not simply returned to the user. Instead, the combo's payout will be equal to the value of the product of the value of each individual position.

> If a three-position combo has one position that resolved to a price other than $0 or $1, the final payout will be the product of the positions, for example: $0.70 * $1.00 * $1.00 = $0.70 paid per combo contract owned.

> ⓘ  It is important to note, each position of the combo is subject to the rules defined for the underlying market.

---

Last updated 26 days ago                    Was this helpful?   ☺ 😐 ☹

---

**Kalshi**                                            ☀ 🖥 🌙

© 2025 Kalshi Inc.