# Exhibit C

An official website of the United States government Here's how you know

CFTC
COMMODITY FUTURES TRADING COMMISSION

Transparency
Contact Us
Search

About the CFTC | Industry Oversight | Law & Regulation | Market Data & Economic Analysis | Forms & Submissions | Learn & Protect | News & Events

## Designated Contract Market Products

Search Designated Contract Market Products using the following criteria

Organization: KEX

Type: ALL

Status: Certified

Status Date From: mm/dd/yyyy

Status Date To: mm/dd/yyyy

Category: Event

Subcategory: ALL

Show All

Search | Reset

| Organization | Product Name | Type | Status | Date | Category | Subcategory | Remarks | Documents |
|---|---|---|---|---|---|---|---|---|
| KEX | Will <performer> perform <song> at <event>? | Swap (Binary Option) | Certified | 12/31/2025 | Event | Binary Option | | 2 |
| KEX | What will be the <order> <item> performed by <artist> in <time period>? | Swap (Binary Option) | Certified | 12/31/2025 | Event | Binary Option | | 2 |
| KEX | Will <player> win <tennis match> <set score>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will <player> win <tennis match> <set score>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will the fastest serve in <tennis match> belong to <player>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will the fastest serve in <tennis match> be <above/below/exactly/at least/between> <count> <speed>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will <tennis match> be decided in <above/below/exactly/between/at least> <count> sets? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will <scope> of <tennis match> have <above/below/exactly/between/at least> <count> <games>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will <player> win <set> in <tennis match>? | Swap (Binary Option) | Certified | 12/29/2025 | Event | Binary Option | | 2 |
| KEX | Will <artist> release a/an <album> in <time period>? | Swap (Binary Option) | Certified | 12/19/2025 | Event | Binary Option | | 2 |
| KEX | Will player enter/withdraw from the transfer portal in time period? | Swap (Binary Option) | Certified | 12/16/2025 | Event | Binary Option | | 2 |
| KEX | Will player transfer to team in time period? | Swap (Binary Option) | Certified | 12/16/2025 | Event | Binary Option | | 2 |
| KEX | Will <team> win <time period> of <soccer game> by <above/below/between/exactly/at least> <count> goals? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will the <goals> recorded in <time period> of <soccer game> be <above/below/exactly/at least/between> <count> goals? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <entity> record <above/below/exactly/at least/between> <count> <stat> in <time period> of <soccer game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <word> be said by <person> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <weather event> happen in <area> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <entity> be replaced as <role> in <event> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <seed> hold <achievement>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <person> be pardoned in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <bout> conclude in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <competitor> win <bout> by <method> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |
| KEX | Will <stat> be recorded by <entity> in <time period> of <basketball game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Option) | | | | | |
| KEX | Will <person> be pardoned in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <bout> conclude in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <competitor> win <bout> by <method> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <stat> be recorded by <entity> in <time period> of <basketball game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <team> win <time period> of <basketball game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <team> be the first to reach <points threshold> in <time period> of <basketball game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will the goal differential recorded in favour of <team> in <time period> of <hockey game> be <above/below/exactly/at least/between> <count> goals? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <entity> record <stat> in <time period> of <hockey game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <team> win <time period> of <hockey game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <team> be the first to reach <goal threshold> in <time period> of <hockey game>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <person 1> <meet> <person 2> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will the holder of <achievement> in <time period> be <characteristic>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <team> <join/leave> <conference> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <above/below/exactly/at least/between> <count> people enter <event> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will <company> be <added to/removed from> <index> in <time period>? | Swap (Binary Option) | Certified | 12/15/2025 | Event | Binary Option | 2 |
| KEX | Will acquirer's takeover of target company be announced to succeed in time period? | Swap (Binary Option) | Certified | 12/11/2025 | Event | Binary Option | 2 |
| KEX | Will <location> have <above/below/between/exactly/at least> <count> inches of new snowfall in <month> <year>? | Swap (Binary Option) | Certified | 12/01/2025 | Event | Binary Option | 2 |
| KEX | Will organization punitive action country/participant/company/person/item for event in time period? | Swap (Binary Option) | Certified | 11/28/2025 | Event | Binary Option | 2 |
| KEX | Will OPEC+ announce a production adjustment of <above/below/exactly/at least/between> <value>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <geography> win <above/below/exactly/at least/between> <count> championships from <leagueset> in <time period>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will a bioprinted heart be implanted in <time period>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <entity> be replaced as <role> in <event> in <time period>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <competitor> achieve <milestone> in <competition>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <person>'s approval rating on <topic> be <above/below/between/exactly/at least> <value> during <time period> according to <polling organization>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <campaign/person> raise <above/below/exactly/at least/between> <value> in <time period>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <legislative body> return to session in <time period>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will the points differential recorded in favour of <team> in <time period> of <basketball game> be <above/below/exactly/at least/between> <count> points? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <entity> record <above/below/exactly/at least/between> <count> <stat> in <time period> of <basketball game>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will the <points> recorded in <time period> of <basketball game> be <above/below/exactly/at least/between> <count> points? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | What will the <vote> count for <person/party/option> be in <election> in <geography>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |
| KEX | Will <person> perform at <venue>? | Swap (Binary Option) | Certified | 11/25/2025 | Event | Binary Option | 2 |

1 2 3 4 5 6 7 8 9 … Next Last

**Policy and Notices**

Privacy Policy
Web Policy
FOIA
EEO
No FEAR Act
Accessibility Statement
Whistleblower Protection Enhancement Act

**Resources**

CFTC Regulations
Commodity Exchange Act
Procurement
USA.gov
Glossary

**Actions**

Search Public Comments
Submit Tips & Complaints
Search Industry Filings
Whistleblower.gov
Office of Technology Innovation

Inspector General

**Sitemap**

**CFTC Headquarters**

Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
202.418.5000

Subscribe to CFTC Updates