# Exhibit G

Forbes | Flash Sale: Less than $1/week | 

BREAKING | BUSINESS

# Sports Gambling, Prediction Markets Could Lead To New Credit Risks For Young Men And Low Earners, Bank Warns

By **Antonio Pequeño IV**, Forbes Staff. Pequeño is a breaking news report...

Follow Author

Published Nov 25, 2025, 04:40pm EST

   0       

**TOPLINE**

Booming prediction markets and sports gambling products are creating new credit risks for Americans, according to Bank of America, which warned about particularly high impacts on young men and low-income lenders.



Prediction markets like Kalshi have exploded in popularity.

PHOTO BY KAYLA WOLF FOR THE WASHINGTON POST VIA GETTY IMAGES

**KEY FACTS**

- A note from Bank of America Global Research identified, "easy access and gamified interfaces" as factors encouraging frequent and impulsive wagers, "which can lead to overextension of credit and rising loan defaults."

- The note characterized the boom of prediction and betting markets as a "convergence of entertainment and speculative finance," saying it indicates risks that could impact consumers' credit qualities, raise delinquencies and affect earnings for issuers and subprime lenders.

- Credit scores fall by an average of 2.75 points when online and mobile phone sports gambling is available, according to Bank of America, which noted low-income consumers and young men are particularly susceptible to the gambling credit risks.

- Subprime borrowers have a higher potential for revolving debt spikes, accelerated defaults and higher charge-off rates, the note said.

- Young men, especially those in low-income areas, "could exhibit limited financial literacy and constrained liquidity making them highly susceptible to compulsive wagering and credit stress," the note said, adding promotional incentives and social media marketing of gambling sites could increase participation and result in heightened credit balances.

***Get Forbes Breaking News Text Alerts****: We're launching text message alerts so you'll always know the biggest stories shaping the day's headlines. Text "Alerts" to (201) 335-0739 or sign up* [here](#)*.*

**BIG NUMBER**

$99 billion. That is how much money worth of legal wagers were placed in the first eight months of this year, according to the American Gaming Association, a 12.4% increase year-over-year.

**KEY BACKGROUND**

Gambling has boomed in the U.S. since the Supreme Court struck down a federal ban on sports betting, with just 11 states declaring it illegal as of November. The rise in online sports gambling has specifically shown itself among men, 48% of whom ages 18 to 49 have an account with at least one online sportsbook, according to a new poll of residents released today by the Siena College Research Institute, which noted 22% of all Americans have an online sportsbook account. Meanwhile, prediction markets like Polymarket and Kalshi have garnered tens of billions of dollars in trading volume, allowing users to bet on a variety of propositions from election outcomes and sports to matters of public health and economics. Prediction markets generate more than $13 million in average turnover for each trading event, according to a University of Pennsylvania blog post, gaining the attention of billionaire investors.

**FURTHER READING**

New York Stock Exchange Owner Bets $2 Billion On Polymarket Comeback (Forbes)

Why Billionaires Are Piling Into Prediction Markets (Forbes)

Got a tip? Share confidential information with Forbes.

Editorial Standards | Reprints & Permissions

 Find Antonio Pequeño IV on LinkedIn and X.

Follow Author

## Join The Conversation

**Comments** 0

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines here.

See All Comments (0)

# Forbes

© 2025 Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   ✓✗ Your Privacy Choices   Cookie Preferences   Digital Terms of Sale

Terms of Service   Contact Us   Send Us Feedback   Report a Security Issue   Jobs At Forbes

Reprints & Permissions   Forbes Press Room   Advertise