# Exhibit H

Earn up to $2,000 when you buy $50 in crypto[1]

Cryptocurrencies   Individuals   Businesses   Institutions   Developers   Company   Sign in

# Put your money where your mind is

Trade your take on thousands of real-world events across sports, politics, crypto, culture, and more.

**Coming soon**

Futures and cleared swaps trading is offered by Coinbase Financial Markets, Inc. ("CFM"), a registered futures commission merchant ("FCM") with the Commodity Futures Trading Commission and a member of the National Futures Association ("NFA").

# Your knowledge is an asset.

From sports scores to election outcomes—if you follow it, you can trade it on Coinbase.

**Sports**

**Crypto**

**Politics**

**Culture**

## Prices set by the crowd.

Trade confidently on a regulated exchange—where prices only move based on real-time information.



## Manage trades with flexibility.

Buy, sell, and adjust your positions in real time, as events unfold.

https://www.coinbase.com/prediction-markets                                                                                    3/7
                                                                                                                              003



## One app for all of your assets.

Manage your positions from predictions to crypto side by side.

## FAQs

| What is a prediction market and how does it work? | + |

| What does it mean to say "yes" or "no"? | + |

| What prediction markets can I trade? | + |

| How do I fund my account? | + |

| How does payout work? | + |

| How is an event result determined? | + |

| When can I trade? | + |

Access to prediction markets initially limited to a subset of U.S. users, with rollout to all U.S. users coming soon. Products and features may not be available in all regions. Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy.

Trading in futures and swaps involves substantial risks. You should only trade in financial products that you are familiar with and understand the associated risks, and after carefully considering whether such trading is suitable in light of your investment experience, financial position, and investment objectives.

Leverage in futures trading can work for you or against you. The risk of loss using leverage can exceed your initial investment amount.

Futures accounts are maintained by Coinbase Financial Markets. Spot accounts are maintained by Coinbase Inc., which is not CFTC registered and is not a member of the National Futures Association ("NFA").

Access to prediction markets initially limited to a subset of U.S. users, with rollout to all U.S. users coming soon.



**Company**

About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

**Learn**

Explore
Market statistics
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet?

How to send crypto?

Taxes

**Support**

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Status

**Individuals**

Buy & sell

Earn free crypto

Base App

Coinbase One

Credit Card

Debit Card

**Businesses**

Asset Listings

Coinbase Business

Payments

Commerce

**Institutions**

Prime

Staking

Exchange

International Exchange

Derivatives Exchange

Verified Pools

**Developers**

Developer Platform

Base

Server Wallets

Embedded Wallets

Base Accounts (Smart Wallets)

Onramp & Offramp

x402

Trade API

Paymaster

OnchainKit

Data API
Verifications
Node
AgentKit
Staking
Faucet
Exchange API
International Exchange API
Prime API
Derivatives API
**Asset prices**
Bitcoin price
Ethereum price
Solana price
XRP price

© 2025 Coinbase
Privacy
Terms & Conditions
🌐 United States • English