# Exhibit I

GEMINI RESEARCH

# Impacts of Legalized Gambling in Connecticut

January 2024

*Prepared for the Connecticut Department of Mental Health and Addiction Services (DMHAS)*

# Contents

RESEARCH TEAM ..... 7
INTRODUCTION ..... 9
EXECUTIVE SUMMARY ..... 11
Social and Health Impacts ..... 11
Economic and Fiscal Impacts ..... 14
Summary of Impacts and Recommendations ..... 17
Summary of Current Prevention and Treatment Services and Recommendations ..... 18
HISTORY AND CURRENT AVAILABILITY OF LEGALIZED GAMBLING IN CONNECTICUT ..... 21
History ..... 21
Current Availability ..... 24
Charitable Gambling ..... 24
Lottery ..... 25
Casinos ..... 25
Sports Betting ..... 27
Online Gambling ..... 28
METHODOLOGY FOR THE CURRENT STUDY ..... 29
Theoretical Framework ..... 29
Principles for Conducting Socioeconomic Impact Analyses of Gambling ..... 31
Data Sources for the Present Study ..... 38
Key Informant Interviews ..... 38
Population Surveys ..... 42
Secondary Data ..... 45
Historical Reports ..... 46
Gambling Operators and Government Data ..... 46
Economic Modeling ..... 47
AirSage Cell Phone Location Analysis ..... 47
Review of CT Problem Gambling Prevention & Treatment ..... 49
SOCIAL AND HEALTH IMPACTS ..... 50
Attitudes towards Gambling ..... 50
General Population Attitudes ..... 51
Demographic Specific Attitudes ..... 54
Gambling Behavior ..... 60
General Adult Population ..... 60
Adolescents ..... 64

Demographic Specific Adult Gambling Participation ........ 65

Motivations for Gambling ........ 68

Problem Gambling and Related Indices ........ 69

Population Prevalence of Problem Gambling ........ 69

Demographic Profile of Recreational, At-Risk, and Problem Gamblers ........ 73

Gambling Behavior of Recreational, At-Risk, and Problem Gamblers ........ 74

Treatment for Problem Gambling ........ 75

Financial Impacts ........ 78

Mental Health Impacts ........ 80

Relationship Impacts ........ 82

Work/School Impacts ........ 85

Physical Health Impacts ........ 86

Crime ........ 87

Problem Gambling Related Crime ........ 87

Overall Crime Rates ........ 88

Driving Under the Influence (DUIs) ........ 91

Illegal Gambling ........ 92

Other Social Indices ........ 94

Population ........ 94

Housing and Real Estate ........ 95

Schooling ........ 95

Traffic and Accidents ........ 97

ECONOMIC AND FISCAL IMPACTS ........ 100

Direct Economic Impacts ........ 100

Casinos ........ 100

Lottery ........ 108

Sports Betting and Online Casino Gambling ........ 111

Parimutuels and Off-Track Betting ........ 113

Charitable Gambling ........ 115

Total Gambling Revenue ........ 116

Indirect Economic Impacts ........ 119

Summary of Direct Impacts ........ 119

Inputs for Economic Modeling ........ 120

Estimated Indirect Economic Impacts ........ 121

Comparisons to Previous Economic Studies ........ 125

CONNECTICUT PROBLEM GAMBLING PREVENTION & TREATMENT REVIEW ........ 127
Methodology ........ 127
Funding of Problem Gambling Services ........ 128
Organization of Problem Gambling Services ........ 131
Prevention and Awareness Services ........ 131
Responsible Gambling: Industry Contributions ........ 133
Voluntary Self-Exclusion and Gambling Limits ........ 134
Problem Gambling Helpline ........ 135
Treatment Services ........ 136
Recovery Services ........ 140
Research and Evaluation ........ 141
Awareness and Responsible Gambling in the Population Surveys ........ 141
Review of Best Practices ........ 143
Recommendations for PG Prevention and Treatment in Connecticut ........ 146
REFERENCES ........ 150
APPENDIX A: NORC ABS Invitation Letter ........ 152
APPENDIX B: Population Survey Questionnaire ........ 154
APPENDIX C: NODS ........ 175
APPENDIX D: PPGM ........ 177
APPENDIX E: Prior CT Population Assessments of Gambling ........ 181
APPENDIX F: AirSage Home County Adjustment ........ 187
APPENDIX G: Methodology for Assessing Indirect Economic Impacts ........ 190
APPENDIX H: Special Population Studies of Gambling in Connecticut ........ 191
APPENDIX I: Written Responses to Economic Impact Questions from Tribes ........ 197

# Tables

Table 1. Social and economic impact areas in the present study ..... 35
Table 2. Casinos included in the AirSage analysis ..... 48
Table 3. How important is gambling to you as a recreational activity (demographic specific)? ..... 55
Table 4. What is your belief about the benefit or harm gambling has for society (demographic specific)? ..... 56
Table 5. Do you believe that gambling is morally or ethically wrong? (demographic specific)? ..... 56
Table 6. What best describes your opinion about legalized gambling (demographic specific)? ..... 57
Table 7. What best describes your opinion about gambling opportunities in CT (demographic specific)? 57
Table 8. Who do you think has the responsibility for minimizing the harm associated with gambling (demographic specific)? ..... 58
Table 9. How satisfied are you with the integrity and fairness of how gambling is provided in CT (demographic specific)? ..... 58
Table 10. How satisfied are you with CT government and gambling provider efforts to minimize the harm associated with gambling (demographic specific)? ..... 59
Table 11. Past year adult gambling in 2023 compared to 2008 ..... 64
Table 12. Demographic specific past year adult participation in gambling ..... 67
Table 13. Gambling categories in 2008 and 2023 ..... 69
Table 14. Recent U.S. adult problem gambling prevalence studies ..... 72
Table 15. PPGM gambling category demographic patterns ..... 73
Table 16. Level of gambling involvement in past year as a function of gambling category ..... 74
Table 17. Motivations for gambling as a function of type of gambler ..... 74
Table 18. Treatment seeking for problem gambling ..... 76
Table 19. Demographic profile of PG help seekers ..... 77
Table 20. Bankruptcy filings in CT and New London County from 2013 - 2022 (U.S. Courts) ..... 79
Table 21. Bankruptcy filings in CT and the U.S. from 2010 - 2020 (ABI) ..... 79
Table 22. Suicides and suicide rate for CT and the U.S. from 2001 - 2020 (CDC) ..... 81
Table 23. Protective/Restraining Orders in CT from 2010 - 2022 ..... 83
Table 24. Percentage of children in CT and U.S. families receiving public assistance from 2008 - 2021 ... 86
Table 25. Self-reported harms/impacts associated with gambling and problem gambling ..... 86
Table 26. Violent crime statistics for Connecticut from 1990 - 2022 ..... 88
Table 27. Correlation matrix for violent crime ..... 89
Table 28. Property crime statistics for Connecticut from 1990 - 2021 ..... 90
Table 29. Correlation matrix for property crime in Connecticut ..... 91
Table 30. Population changes from 1990 - 2020 ..... 94
Table 31. English learners as a percentage of the student body from FY07 – FY23 ..... 96
Table 32. Students with disabilities as a percentage of the student body from FY07 – FY23 ..... 96
Table 33. Vehicle crashes and DUI-related injuries in CT from 1995 - 2022 ..... 99
Table 34. Visitors to Connecticut casinos in a 2-week period in January 2023 by state origin ..... 102
Table 35. CT visitors to CT casinos as a function of county origin ..... 103
Table 36. Connecticut resident patronage of out-of-state casinos ..... 103
Table 37. Out-of-state casinos most often patronized by CT residents ..... 103
Table 38. Demographic profile of people currently contributing 75% of CT gambling revenue ..... 118
Table 39. Estimated proportion of CT gambling revenue currently derived from problem gamblers ..... 118
Table 40. Flows of CT casino spending in 2023 ..... 119
Table 41. New and reallocated gambling spending in Connecticut in 2022 ..... 120

Table 42. Summary of current direct economic impacts of legalized gambling ...... 120
Table 43. Summary of current overall economic impacts ...... 121
Table 44. Employment impacts by source of employment demand in 2022 ...... 122
Table 45. Employment impact by industry sector (top 10 industries) in 2022 ...... 122
Table 46. Number of business establishments in CT and New London County from 1990 - 2020 ...... 123
Table 47. CT employment numbers and unemployment rate from 1990 - 2021 ...... 125
Table 48. Per capita spending on problem gambling services ...... 131
Table 49. Monthly average activity for CCPG helpline ...... 136
Table 50. Bettor Choice locations ...... 138
Table 51. Population survey results related to prevention/treatment awareness and responsible gambling ...... 142

# Figures

Figure 1. Location of the Connecticut casinos within New London County ............ 27
Figure 2. How important is gambling to you as a recreational activity? ............ 51
Figure 3. Which best describes your belief about the benefit or harm that gambling has for society? .... 51
Figure 4. Do you believe that gambling is morally or ethically wrong? ............ 51
Figure 5. Which best describes your opinion about legalized gambling? ............ 52
Figure 6. Which best describes your opinion about gambling opportunities in Connecticut? ............ 52
Figure 7. Who do you think has the responsibility for minimizing the harm associated with gambling?.. 52
Figure 8. How satisfied are you with the integrity and fairness of how gambling is provided in CT?........ 53
Figure 9. How satisfied are you with the CT government and gambling provider efforts to minimize the harm associated with gambling? ............ 53
Figure 10. What do you believe has been the single most positive impact of legalized gambling for CT? 53
Figure 11. What do you believe has been the single most negative impact of legalized gambling for CT? ............ 54
Figure 12. Past year adult participation in gambling ............ 60
Figure 13. Past year adult monthly participation in gambling ............ 63
Figure 14. Prevalence of CT adolescent past year gambling participation by survey year ............ 65
Figure 15. Current motivations for gambling among past year adult gamblers ............ 68
Figure 16. Number of CT adults in each PPGM gambling category in 2023 ............ 71
Figure 17. Annual number of suicides in Connecticut from 1990 - 2021 (OCME) ............ 82
Figure 18. Reported family violence incidents in CT from 1987 - 2021 ............ 83
Figure 19. Divorce rates per 1000 in Connecticut from 2000 - 2021 ............ 84
Figure 20. Number of children who are victims of maltreatment in CT from 2010 - 2020 ............ 85
Figure 21. DUI arrests in Connecticut from 2000 - 2021 ............ 92
Figure 22. Number of reports of illegal gambling in Connecticut from 1996 - 2021 ............ 93
Figure 23. Casino gross slot machine revenue from 1993 - 2022 ............ 100
Figure 24. Estimated total gross casino slot and table game revenue from 1993 - 2022 ............ 101
Figure 25. Average annual casino employment from 2001 - 2022 ............ 105
Figure 26. Average annual casino wages (adjusted for inflation) from 2001 - 2021 ............ 106
Figure 27. Gross lottery revenue in FY22 as a function of game type (excluding sports betting) ............ 109
Figure 28. Gross lottery revenue from 1979 - 2022 ............ 109
Figure 29. GGR from sports betting and online casinos from October 2021 - June 2023 (21 months) ... 112
Figure 30. Parimutuel and off-track betting revenue from 1976 - 2022 ............ 114
Figure 31. Charitable gambling revenue from 1988 - 2022 ............ 115
Figure 32. CT gross gambling revenue from 1979 – 2022 ............ 116
Figure 33. Transfers to the CT General Fund by type of gambling from 1990 - 2022 ............ 117
Figure 34. Number of business registrations in Montville and Ledyard from 1990 - 2021 ............ 124
Figure 35. Problem gambling services funding arrangements ............ 129
Figure 36. Funding levels for problem gambling services ............ 130
Figure 37. Annual enrollments in Bettor Choice problem gambling treatment programs in CT ............ 139

# RESEARCH TEAM

**Rachel A. Volberg, Ph.D.** is the President of Gemini Research, Inc. and a Research Professor in the School of Public Health and Health Sciences at the University of Massachusetts Amherst. She oversaw all aspects of the project and was the lead on funder liaison, social key informant interviews and the prevention and treatment review. All other members of the team, listed below, were independent contractors to Gemini Research.

**Robert J. Williams, Ph.D., R.Psych.** is a clinical psychologist and Professor in the Faculty of Health Sciences at the University of Lethbridge, in Alberta, Canada as well as a Research Coordinator for the Alberta Gambling Research Institute. He oversaw all aspects of the project and was the lead on the population surveys, secondary data and historical reports, assisting with the prevention and treatment recommendations, and writing the Preliminary and Final Reports (but not the final edits).

**Mark Melnik, Ph.D.** is the Director of Economic & Policy Research at the University of Massachusetts Donahue Institute. He was the lead on the economic analysis and editing of the economic section of the final report.

**Laurie Salame, J.D.** is a Senior Lecturer II in the Department of Hospitality and Tourism Management in the Isenberg School of Management at the University of Massachusetts Amherst. She was the project manager for this study and assisted with review of the Final Report.

**Rebecca Loveland, M.R.P.** is a Senior Research Manager with the University of Massachusetts Donahue Institute. She managed the economic team and was the lead for the economic key informant interviews.

**Thomas Peake, B.A.** is a Senior Research Analyst with the Economic and Public Policy Research group at the Donahue Institute at the University of Massachusetts Amherst. He was the lead on assessing the direct and indirect economic impacts and contributed to the AirSage cell phone analysis.

**Martha Zorn, M.Sc.** is a Biostatistician in the School of Public Health and Health Sciences at the University of Massachusetts Amherst. She conducted the population survey testing as well as data cleaning, weighting and analysis.

**Valerie Evans, M.A., M.Sc.** is a Biostatistician in the School of Public Health and Health Sciences at the University of Massachusetts Amherst. She was the lead for the AirSage cell phone analysis and the secondary data.

**Alvaro J. Castro Rivadeneira, M.D.** is a physician and a Ph.D. student in epidemiology at the University of Massachusetts Amherst. He conducted most of the social key informant interviews and identified the primary themes.

**Rye McKenzie, M.P.P.** is a Research Analyst with the Economic and Public Policy Research group at the Donahue Institute at the University of Massachusetts Amherst. He was the lead for data collection used in the economic impact analysis.

**Caroline Gurek, B.A.** is a Research Associate at the University of Massachusetts Donahue Institute at the University of Massachusetts Amherst. She was the lead for the analysis of the economic key informant interviews.

**Ellen Aron, B.A.** is a Research Analyst with the Economic and Public Policy Research group at the Donahue Institute at the University of Massachusetts Amherst. She assisted with data collection for the economic impact analysis.

## *Acknowledgements*

This report is a compilation and synthesis of data from many different sources and many different people and organizations. Some particularly important contributions that we would like to acknowledge are NORC at the University of Chicago who conducted our main population survey; Centiment who administered the online panel survey; AirSage who conducted the Cell Phone location analysis; the many people who participated in our key informant interviews and/or helped in identifying contacts; contributions to the economic key informant interviews by Sonia Bouvier and Yaritza Perez from the University of Massachusetts Donahue Institute; programming of the online panel survey by Jennifer Williams at the University of Lethbridge; financial management of the project by Vivian Cronk; and all the people from the Connecticut Department of Mental Health and Addiction Services who helped guide our study.

Financial support for this study came from the Connecticut Department of Mental Health and Addiction Services.

## *Suggested Citation*

Gemini Research. (2024). *Impacts of Legalized Gambling in Connecticut.* Report commissioned by the Connecticut Department of Mental Health and Addiction Services (DMHAS). January 2024.

# INTRODUCTION

Connecticut has been expanding the availability of legalized gambling for over 80 years. This began with the legalized introduction of bingo in 1939 followed by the legalization and/or provision of: bazaars and raffles in 1955; parimutuel betting[1] (on or off track) on horse racing in 1971; a state lottery in 1971 (the fourth U.S. state to do so); parimutuel betting on dog racing and jai alai in 1972; instant/scratch tickets in 1975; sealed/pull-tab tickets in 1987; tribal casinos in 1992 and 1996; Keno in 2016; and online and land-based sports betting, online casinos, and online purchase of lottery tickets in 2021.[2]

In order to understand the impacts of this expansion, the State of Connecticut created legislation requiring periodic reviews of the impacts. Thus, a review was conducted in 1997 (WEFA Group, 1997), and again in 2009 (Spectrum Gaming, 2009). The present 2023 study is the third review in this series. The specific legislative mandate of the present study as specified in Connecticut Public Act No. 22-118 was to: *" … conduct a study concerning the effect of legalized gambling on the citizens of this state including, but not limited to, an examination of the types of gambling activity engaged in by the public and the desirability of expanding, maintaining or reducing the amount of legalized gambling permitted in this state … The study shall take into consideration the findings on the effects of legalized gambling from the most recent study completed pursuant to this subsection, and shall use such findings to inform the current study. In conducting each study, the commissioner, or a contractor chosen by the commissioner to conduct [the] study … shall (1) consider data from other states to inform recommendations on best practices and proposed regulatory changes, (2) review available data to assess the problem gaming resources available in the state, and 3) consult with stakeholders to inform the study analysis, including, but not limited to, elected and appointed government officials, nongovernmental and charitable organizations, municipal officials, businesses and entities engaged in legalized gambling activities in the state."*

On October 21, 2022 the Connecticut Department of Mental Health and Addiction Services (DMHAS) issued a Request for Proposals (RFP) for this study (RFP #DMHAS-SWS-Gambling Impact Study-2023). After evaluating the competitive bids, in January 2023 DMHAS awarded a contract to a team led by Gemini Research, Inc., based in Northampton, Massachusetts. The 12 members of this multidisciplinary team include faculty and/or staff from the University of Massachusetts (Amherst) School of Public Health and Health Sciences; the Donahue Institute; the Department of Hospitality and Tourism Management in the Isenberg School of Management; and the University of Lethbridge, in Alberta, Canada.

The Gemini Research team subsequently carried out this investigation between January and August 2023 with the results contained in the present report.

[1] Parimutuel betting is a betting system in which the winning payout for a particular outcome (e.g., certain horse coming in first place) is not fixed but rather varies as a function of how much money is bet on that outcome relative to other outcomes. In general, the size of the winning payout decreases as a function of the amount of money that is bet on that outcome. The purpose of this system is to help ensure the gambling provider 'breaks even' regardless of what outcome occurs. (In parimutuel systems the gambling provider makes a profit by taking out a fixed percentage of the overall amount of money wagered).

[2] Online sales of lottery tickets had not yet commenced as of the writing of this report.

There are six sections to this report:

1. The **Executive Summary**, which provides a comprehensive overview of our findings and recommendations.

2. A section on the **History and Current Availability of Legalized Gambling in Connecticut**.

3. A section on the **Methodology for the Current Study**, that includes a description of our theoretical framework, principles for conducting socioeconomic impact analyses of gambling, and our data sources.

4. The **Social and Health Impacts** section, which is subdivided into Attitudinal impacts; impacts on Gambling Behavior; impacts on Problem Gambling and Related Indices; impacts on Crime; and impacts on Other Social Indices.

5. The **Economic and Fiscal Impacts** section, which is comprised of two main sections. The first is the Direct Economic impacts of each of the main types of legalized gambling in Connecticut. The second section uses these direct impacts to project the overall Indirect Economic and Fiscal Impacts on the Connecticut economy.

6. A **Review of Connecticut Problem Gambling Prevention and Treatment Services** which includes an evaluation of the adequacy of these services as well as recommendations for further improvement.

# Problem Gambling and Related Indices

## Population Prevalence of Problem Gambling

Problem gambling was assessed with the past year NORC DSM-IV Screen for Gambling Problems (NODS) (Gerstein et al., 1999) (Appendix C) for direct comparisons with the last statewide prevalence survey in 2008 where this instrument was also used, as well as the Problem and Pathological Measure (PPGM) (Williams & Volberg, 2010, 2014) (Appendix D) to provide an accurate assessment of the level and nature of problem gambling in the state.

It is not uncommon to find differences in the prevalence rates between different instruments. This was also found in the present study, as illustrated in Table 13 where the weighted NORC ABS survey found a 1.4% NODS (0.7% + 0.7%) past year adult (18+) prevalence rate of problem gambling and a 1.8% PPGM (0.8% + 1.0%) past year adult (18+) problem gambling prevalence rate. (The PPGM typically achieves somewhat higher rates compared to other instruments as it is better at identifying problem gamblers in denial; Williams & Volberg, 2014). Of particular importance to the present study is the fact that the 1.4% NODS problem gambling prevalence rate in 2023 *is unchanged from the 1.4% rate established by Spectrum Gaming (2009) in 2008*.

**Table 13. Gambling categories in 2008 and 2023**

| Category | 2008 NODS Percentage | 2023 NODS Percentage | 2023 PPGM Percentage | 2023 PPGM *N* |
|---|---|---|---|---|
| Non-Gambler | 30.0% | 30.8% | 30.7%[21] | 878,764 |
| Recreational Gambler | 64.5% | 61.2% | 62.6% | 1,789,387 |
| At-Risk Gambler | 4.1% | 6.7% | 4.9% | 138,960 |
| Problem Gambler | 0.8% | 0.7% | 0.8% | 22,536 |
| Pathological Gambler | 0.6% | 0.7% | 1.0% | 29,323 |

However, there are two important caveats regarding this 'unchanged' rate:

- First, the subclinical 'at-risk' percentage in the NODS *has increased* from 4.1% to 6.7%.
- Second, survey methodology has an impact on obtained rates in addition to the survey instrument (Williams & Volberg, 2009; Williams, Volberg & Stevens, 2012). More specifically, telephone interviews produce significantly lower rates compared to self-administered surveys as self-administered surveys facilitate more honest/candid responding due to their greater perceived anonymity (Williams & Volberg, 2009). Also, as mentioned earlier in this report, when the solicitation for a study identifies the survey as a 'gambling survey' it results in under-recruitment of non-gamblers (due to lack of interest) and over-recruitment of heavy gamblers and people with gambling problems (Williams & Volberg, 2009). Williams, Volberg & Stevens (2012) undertook a comprehensive study of the magnitude of these effects for the 202 worldwide problem gambling prevalence studies that had been conducted up through 2012 to develop 'conversion factors' that could standardize rates across studies. These conversion factors were then applied to all studies conducted between 1975 - 2012, including the five previous Connecticut studies (reproduced in

[21] This figure differs from 30.8% because there were a couple of people who had not gambled in the past year but still had residual symptoms of problem gambling from a prior year and were designated as 'at-risk gamblers'.

Appendix E).[22] Thus, the *standardized* CT problem gambling rate in 2008 **was 1.3%** rather than 1.4% (as it used a telephone modality and described the survey as a 'gambling survey') whereas the standardized rate in 2023 **is 1.7%** rather than 1.4%.

Thus, there is reason to believe that there *has been a modest increase* in gambling-related harm from 2008 to 2023. Higher rates compared to 2008 might have been anticipated considering the introduction of Keno in 2016, online and land-based sports betting in 2021, and online casinos in 2021. However: (a) participation rates in these newer types of gambling is comparatively low (4.5%, 10.2%, and 7.2% respectively); and (b) participation in these new types of gambling is offset by a 50% reduction in land-based casino participation from 2008 to 2023.

It should also be noted that the current standardized rate of 1.7% (or 1.8%) is well below the 1991 standardized rate of 3.2% as well as the 1996 standardized rate of 2.9% (see Appendix E). In general, this is very consistent with overall North American trends which show that problem gambling rates peaked in the late 1990s/early 2000s and have been declining ever since. The 1990s and early 2000s is the period with the most rapid introduction and expansion of legal gambling opportunities (particularly electronic gambling machines (EGM) and casinos), the greatest increase in gambling revenue (see

Figure 32), and the peak in the overall rate of gambling participation. For example, in Connecticut the past year rate of gambling participation was 74% in 1986, 86% in 1991, 88% in 1996, 70% in 2008, and 69.2% in 2023 (Appendix E).

Considering that legal gambling availability has continued to increase both in Connecticut and North America more generally beyond the early 2000s, the present fairly low rate of problem gambling illustrates that populations tend to adapt to the presence of legalized gambling over time. There are several mechanisms likely responsible. These include: (a) decreased overall population participation in gambling (due to greater wariness as well as the novelty having worn off); (b) increased population awareness of the potential harms of gambling (creating less susceptibility); (c) people being removed from the population pool of people with gambling problems due to severe adverse consequences deriving from their gambling (e.g., bankruptcy, suicide); (d) increased industry and/or government efforts to provide gambling more safely, to enact programs to prevent problem gambling, and to provide treatment resources; and (e) increasing age of the population, with older people generally having lower rates than younger people (Williams, Volberg & Stevens, 2012).

Nonetheless, there are still significant numbers of people in Connecticut who are problem and/or at-risk gamblers in 2023. Using the PPGM data,

Figure 16 shows that there are an estimated **51,859 people with gambling problems in Connecticut and an additional 138,960 who are 'at-risk'**. However, there are many other people impacted by gambling problems in addition to the affected individuals. Between 42.0% (ABS weighted sample) and 39.0% (ABS+OPS merged unweighted sample)[23] of people with gambling problems reported being married

---

[22] Standardized PG Rate = Unstandardized rate x PPGM Conversion factor (Table 9 in Williams, Volberg et al., 2012) x Administration Modality factor (Table 15 in Williams, Volberg et al., 2012) x Survey Description factor (Table 16 in Williams, Volberg et al., 2012).

[23] As a reminder, ABS is the representative sample weighted to the population of Connecticut, whereas the ABS+OPS is the merged unweighted sample of 415 problem gamblers from the Address-Based Sample (ABS) survey and the online panel survey (OPS).

and/or in a common law relationship. Furthermore, people with gambling problems reported having an average of 1.23 (1.31 SD) (ABS+OPS, unweighted) to 1.61 (1.4 SD) children (ABS, weighted). Thus, **the total number of people directly or indirectly impacted by gambling-related problems in Connecticut is conservatively estimated to be: 51,859 + (51,859 x .405) + (51,859 x 1.42) = 146,502.**

**Figure 16. Number of CT adults in each PPGM gambling category in 2023**




Proportionally: 30.7% Non-Gamblers; 62.6% Recreational Gamblers; 4.9% At-Risk Gamblers; 1.8% Problem Gamblers

A final consideration concerns how the 1.8% rate in Connecticut in 2023 compares *to other states*. Table 14 shows the 13 problem gambling surveys that have been conducted in other U.S. states since 2015 as well as their standardized problem gambling prevalence rates. As can be seen, **the 1.8% CT rate is mid-range** between the 2.8% New Jersey rate and the 0.7% New York rate (the New York rate is anomalously low because the survey was conducted in the midst of the COVID-19 pandemic: July – December 2020). (Note that the anomalously high unstandardized Oklahoma and Missouri problem gambling prevalence rates are likely attributable to the inclusion within the sample of online panelists and people recruited via social media, as well as identifying the survey as a 'gambling study.')

**Table 14. Recent U.S. adult problem gambling prevalence studies**

| Year | State | Administration Modality | Response Rate | Sample Size | Past Year Gambling Prevalence | Problem Gambling (PG) Instrument | PG Rate | Survey Description | Standardized Problem Gambling Rate |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | New Jersey | Telephone interview (cell + landline) | 5.3% | 1,500 | 69.8% | PGSI 8+[24] | 0.6% | health and recreation | 0.6 * 2.17 * 2.18 * 1.0 = **2.8%** |
| 2017 | Maryland | Telephone interview (cell + landline) | 6.6% | 3,761 | 87.0% | NODS 3+ | 1.9% | views on gambling | 1.9 * 1.19 * 2.18 * 0.51 = **2.5%** |
| 2017 | Kansas | ABS: self-administered paper or online | Not reported | 1,755 | 48.0% (monthly) | Mix of 8 PGSI & NODS items | 2.7% high risk | Kansas gambling survey | Cannot be calculated |
| 2018 | Iowa | Telephone interview (cell + landline) | 26.3% | 1,761 | 73.8% | PGSI 8+ | 0.8% | public attitudes and behaviors toward gambling | 0.8 * 2.17 * 2.18 * 0.51 = **1.9%** |
| 2019 | Minnesota | ABS: self-administered paper or online | 25.0% | 8,512 | 67.0% | PPGM | 1.3% | recreation and well-being | 1.3 * 1.0 * 1.0 * 1.0 = **1.3%** |
| 2020 | New York | ABS: self-administered paper or online | 27.9% | 3,845 | 29.4% | PPGM | 0.7% | health and recreation | 0.7 * 1.0 * 1.0 * 1.0 = **0.7%** |
| 2021 | Illinois | ABS: self-administered online (85.7%); phone interview (14.3%) | 4.1% | 2,029 | 68.4% | PPGM | 3.8% | Illinois survey of gambling | 3.8 * 1.0 * 1.1 * 0.51 = **2.1%** |
| 2021 | Washington State | ABS: self-administered paper or online | 19.2% | 9,413 | 43.5% | PGSI 5+ | 1.5% | health and recreation | 1.5 * 1.0 * 1.0 * 1.0 = **1.5%** |
| 2021/ 2022 | Massachusetts[25] | ABS: self-administered paper or online (98.3%); phone interview (1.7%) | 27.5% | 6,293 | 60.2% | PPGM | 1.4% | health and recreation | 1.4 * 1.0 * 1.0 * 1.0 = **1.4%** |
| 2022 | Indiana | ABS: self-administered paper or online | 19.6% | 855 | 89.3% | NODS 5+<br>PGSI 8+<br>DSM-5 4+[26] | 1.6%<br>1.3%<br>2.3% | Unclear: "invitation letter provided a description of the study" | 1.6 * 2.60 * 1.0 * 0.51 = **2.1%**<br>1.3 * 2.17 * 1.0 * 0.51 = **1.4%** |
| 2022 | Oklahoma | Unspecified mix of multimodal ABS + online panel + social media recruitment | NA because of inclusion of convenience samples | 4,035 | 57.9% | DSM-5 4+ (derived from PPGM questions) | 6.3% | "recreation and leisure activities, including betting and gambling" | Cannot be calculated |
| 2022 | Missouri | | | 3,259 | 63.9% | | 4.1% | | |
| 2023 | Connecticut | ABS: self-administered online | 11.8% | 5,259 | 69.2% | NODS 3+<br>PPGM | 1.4%<br>1.8% | health and recreation | 1.4 * 1.19 * 1.0 * 1.0 = **1.7%**<br>1.8 * 1.0 * 1.0 * 0.51 = **1.8%** |

[24] PGSI is the Problem Gambling Severity Index (Ferris & Wynne, 2001).
[25] This report is forthcoming and will be available on the SEIGMA website in late 2023.
[26] Conversion factors have not been developed for the DSM-5 criteria.