## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
### CIVIL STANDARD MINUTES

Date: **02/11/2026**

**KalshiEX LLC**

Vs.

**Bryan T Cafferelli, et al.**

Start Time: **10:19am**  End Time: **12:55 pm**

Recess (if more than ½ hr) _____ to _____

Total Time **2** hour(s) **36** minute(s)

Case #: **3:25cv2016 (VDO)**

Honorable Judge: **Vernon D. Oliver**

Deputy Clerk: **Nicola Kelsey**

Counsel for Pla(s): **William Havemann/Joshua Brooks Sterling***

Counsel for Dft(s): **Joseph E. Gasser/Michael Nunes**

Reporter/ECRO/Courtsmart: **Corinne Thomas**

Interpreter _____ Language _____

Hearing held ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument  2hr/36m
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

**MOTIONS**

- ■ Motion **for Preliminary Injunction (ECF 30)** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

* Plaintiff's counsel, continued: Vanessa Roberts Avery, Kelly Dodge Garcia

Rev. 3/21/24