**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KALSHIEX LLC, | Civil Action No.: 3:25-cv-02016-VDO |
| *Plaintiff*, | |
| vs. | |
| BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection; CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION; and WILLIAM TONG in his official capacity as Attorney General of Connecticut, | |
| *Defendant*s. | March 23, 2026 |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 201 of the Federal Rules of Evidence, Plaintiff KalshiEX LLC ("Kalshi"), by and through its undersigned counsel, respectfully submits this request for the Court to take judicial notice of: (1) a March 12, 2026 Advisory issued by the Staff of the Commodity Futures Trading Commission's ("CFTC") Division of Market Oversight ("DMO"), which states "the Commission is actively discussing issues of settlement integrity with some relevant sports leagues and their governing bodies," Ex. 1, at 5; and (2) a March 19, 2026 Memorandum of Understanding ("MOU") between the CFTC and Major League Baseball. Kalshi respectfully submits these materials for judicial notice as relevant to some of the Court's questioning at the hearing of February 11, 2026. *See* Motion Hearing Tr. 51:15-22, ECF No. 82.

The DMO Advisory and MOU are submitted contemporaneously with this Request as Exhibits 1 and 2, respectively.

Dated: March 23, 2026
Hartford, Connecticut

Respectfully submitted,

 */s/  Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)
Snigdha Mamillapalli (ct31142)
**McCarter & English, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
vavery@mccarter.com

Neal Katyal (admitted *pro hac vice*)
Joshua B. Sterling (admitted *pro hac vice*)
William E. Havemann (admitted *pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
JSterling@milbank.com
WHavemann@milbank.com

Grant R. Mainland (admitted *pro hac vice*)
Andrew L. Porter (admitted *pro hac vice*)
Kelly D. Garcia (admitted *pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com
KGarcia@milbank.com

*Attorneys for KalshiEX LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By:    */s/ Vanessa Roberts Avery*
       Vanessa Roberts Avery (ct21000)