**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KALSHIEX LLC, | Civil Action No.: 3:25-cv-02016-VDO |
| *Plaintiff*, | |
| vs. | |
| BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection; CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION; and WILLIAM TONG in his official capacity as Attorney General of Connecticut, | |
| *Defendant*s. | AUGUST 10, 2026 |

**PLAINTIFF'S NOTICE OF APPEAL**

ME1\62390867.v1

Please take notice that KalshiEX LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order Denying Plaintiff's Motion for Preliminary Injunction entered in this action on August 10, 2026, Dkt. No. 94.

Dated: August 10, 2026
Hartford, Connecticut

Respectfully submitted,

 */s/  Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)
Snigdha Mamillapalli (ct31142)
**McCarter & English, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
vavery@mccarter.com

Neal Katyal (admitted *pro hac vice*)
Joshua B. Sterling (admitted *pro hac vice*)
William E. Havemann (admitted *pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
JSterling@milbank.com
WHavemann@milbank.com

Grant R. Mainland (admitted *pro hac vice*)
Andrew L. Porter (admitted *pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com

*Attorneys for KalshiEX LLC*

ME1\62390867.v1