**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection; CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION; and WILLIAM TONG, in his official capacity as Attorney General of Connecticut,<br><br>*Defendants.* | Civil Action No.: 3:25-cv-02016-VDO<br><br>AUGUST 13, 2026 |

**PLAINTIFF'S MOTION FOR AN EMERGENCY INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d), Plaintiff KalshiEX LLC, by and through undersigned counsel, hereby moves this Court for an injunction pending appeal and, in the alternative, for short-term administrative relief pending the Second Circuit's resolution of Plaintiff's forthcoming motion for an injunction pending appeal. Accompanying this Motion is a Memorandum of Law in Support of Plaintiff's Motion for an Emergency Injunction Pending Appeal.

Plaintiff moves for:

- Equitable relief enjoining Defendants and their agents from enforcing preempted state laws against Plaintiff pending the resolution of Plaintiff's appeal to the United States Court of Appeals for the Second Circuit;

- In the alternative, short-term administrative relief pending the Second Circuit's consideration of Plaintiff's forthcoming motion for an injunction pending appeal; and
- Any other relief deemed appropriate by this Court.

Dated: August 13, 2026
Hartford, Connecticut

Respectfully submitted,

/s/ *Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)
Snigdha Mamillapalli (ct31142)
**McCarter & English, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
vavery@mccarter.com
smamillapalli@mccarter.com

Neal Katyal (admitted *pro hac vice*)
Joshua B. Sterling (admitted *pro hac vice*)
William E. Havemann (admitted *pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
JSterling@milbank.com
WHavemann@milbank.com

Grant R. Mainland (admitted *pro hac vice*)
Andrew L. Porter (admitted *pro hac vice*)
Kelly D. Garcia (admitted *pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com

*Attorneys for KalshiEX LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: *\/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)