**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KALSHIEX LLC,

*Plaintiff*

v.

BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection; CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION; and WILLIAM TONG in his official capacity as Attorney General of Connecticut,

*Defendants*

Case No.: 3:25-cv-02016 (VDO)

**JOINT MOTION AND PROPOSED ORDER**

AUGUST 20, 2026

Plaintiff KalshiEX LLC and Defendants Bryan Cafferelli, Kristofer Gilman, Connecticut Department of Consumer Protection, and William Tong ("Parties") respectfully move for a stay of this action before this Court, given the pendency of the Second Circuit appeal of this Court's decision on the Motion for Preliminary Injunction [ECF 94]. In support, Parties state as follows:

1. On December 3, 2025, Kalshi filed this action [ECF 1] and a Motion for Preliminary Injunction [ECF 30], claiming that the Commodity Exchange Act, 7 U.S.C. § 1a *et seq.*, preempts the application of state gambling law as to event contracts offered through Kalshi's platform.

2. On August 10, 2026, the Court denied Kalshi's Motion for Preliminary Injunction. [ECF 94.]

3. The same day, the Court set a deadline of August 24, 2026 for Parties to file a Rule 26(f) report. *Id.*

4. The same day, Kalshi filed a notice of appeal to the Court of Appeals for the Second Circuit regarding its Motion for Preliminary Injunction. [ECF 95.]

5. The issues in the Motion for Preliminary Injunction currently on appeal are identical to the merits of Kalshi's claim in this Court, *i.e.*, whether state gambling law is preempted as applied to event contracts offered through Kalshi's platform.

6. To avoid wasteful or inefficient litigation while the legal issues in this matter are decided by the Second Circuit, Parties agree that the proceedings in this Court, specifically including discovery and pleading in response to Kalshi's Complaint, should be stayed until 21 days following the Second Circuit's decision on Kalshi's appeal, or as otherwise further order of this Court.

WHEREFORE, Parties jointly respectfully request that the Court enter the following order:

> The parties' Joint Motion having been considered by the Court, it is ORDERED that this matter is STAYED until 21 days after the Second Circuit's decision on the appeal of this Court's decision on Plaintiff's Motion for Preliminary Injunction, unless otherwise ordered by this Court.

Respectfully submitted,

**PLAINTIFF**
KALSHIEX, LLC

BY: _/s/ Vanessa Roberts Avery_
Vanessa Roberts Avery (ct21000)
Snigdha Mamillapalli (ct31142)
**McCarter & English, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
vavery@mccarter.com
smamillapalli@mccarter.com

Neal Katyal (pro hac vice)
Joshua B. Sterling (pro hac vice)
William E. Havemann (pro hac vice)
**Milbank LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
Nkatyal@milbank.com
JSterling@milbank.com
WHavemann@milbank.com

Grant R. Mainland (pro hac vice)
Andrew L. Porter (pro hac vice)
Kelly D. Garcia (pro hac vice)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com
KGarcia@milbank.com

Attorneys for KalshiEX LLC

Respectfully submitted,

**DEFENDANTS**

BRYAN T. CAFFERELLI,
KRISTOFER GILMAN,
CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION,
WILLIAM TONG

**WILLIAM TONG**
**ATTORNEY GENERAL**

BY: */s/ Joseph Gasser*
Joseph E. Gasser, No. ct30299
Michael Nunes, No. ct31522
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: 860-808-5400
Fax: 860-808-5593
joseph.gasser@ct.gov
michael.nunes@ct.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: *<u>/s/ Joseph Gasser</u>*
Joseph Gasser